## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

ENTEGEE, INC.
a Massachusetts corporation,

        Plaintiff,

CASE NO.: 1:17-cv-00499-CMH-MSN

v.

METTERS INDUSTRIES, INC.
a Delaware corporation,
        Defendant.
_____/

## NOTICE OF APPEARANCE

    Please take notice that Holly B. Lance, Virginia State Bar No. 80595, of the law firm of Smith, Gambrell & Russell, LLP, hereby enters an appearance as counsel for non-party TAD PGS, Inc.

Dated: October 12, 2017

Respectfully submitted,

/s/ Holly B. Lance
Holly B. Lance (VSB No. 80595)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
hlance@sgrlaw.com

*Counsel for Non-Party TAD PGS, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2017, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Clerk of Court using the CM/ECF system, which will send a Notification of Electronic Filing (NEF) to all counsel of record.

/s/ Holly B. Lance
Holly B. Lance (VSB No. 80595)
SMITH, GAMBRELL & RUSSELL, LLP
1055 Thomas Jefferson Street, N.W.
Suite 400
Washington, D.C. 20007
Tel: (202) 263-4300
Fax: (202) 263-4329
hlance@sgrlaw.com

*Counsel for Non-Party TAD PGS, Inc.*