## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

ENTEGEE, INC.
a Massachusetts corporation,

        Plaintiff,

v.

METTERS, INDUSTRIES, INC.
a Delaware corporation,
        Defendant.
_____/

CASE NO.: 1:17-cv-00499

### MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND FOR SANCTIONS

      Plaintiff Entegee, Inc. ("Entegee"), by counsel, and pursuant to Fed. R. Civ. P. 37, Fed. R. Civ. P. 45, and L. R. 37 hereby moves this Honorable Court to enter the Proposed Order submitted herewith and (1) compel third party Dr. Samuel Metters to comply with a subpoena served on April 19, 2018; (2) find Dr. Metters in contempt for failing to comply with the subpoena; and (3) enter sanctions against Dr. Metters and his counsel for refusing to comply with the subpoena without a valid basis for the refusal. Entegee's factual and legal basis for relief is set forth in full in the accompanying Memorandum in Support of Entegee's Motion to Compel Compliance with Subpoena and For Sanctions.

        Respectfully submitted,
        **Entegee, Inc.**
        By Counsel

Dated: May 18, 2018        **SMITH, GAMBRELL & RUSSELL, LLP**

        */s/ John P. Pennington*_____

John P. Pennington
Virginia Bar No. 82512
jpennington@sgrlaw.com
1055 Thomas Jefferson Street, NW, Suite 400
Washington, DC 20007
Tel:  (202) 263-4360
Fax:  (202) 263-4348
Steven Eric Brust (admitted *pro hac vice)*
Florida Bar No.832091
sbrust@sgrlaw.com
Richard Dean Rivera (admitted *pro hac vice*)
Florida Bar No. 108251
rrivera@sgrlaw.com
Bank of America Tower
50 N. Laura Street, Suite 2600
Jacksonville, FL 32202 USA
(904) 598-6100
(904) 598-6257

*Attorneys for Plaintiff*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37(E)**

Pursuant to Local Rule 37(E), counsel for Plaintiff hereby certifies that he conferred with counsel for Dr. Samuel Metters multiple times by telephone and by e-mail on May 9, 2018 and May 10, 2018 in order to discuss the possibility of resolving the discovery matters in controversy and in a good faith effort to resolve the dispute without court intervention. These discussions resulted in an impasse, which necessitated the filing of this motion.

<u>*/s/John P. Pennington*</u>
**John P. Pennington**

## CERTIFICATE OF SERVICE

I, the undersigned counsel for Plaintiff, hereby certify that on May 18, 2018 a copy of the foregoing was filed electronically which will be automatically served on all parties who are registered to receive service through the Court's electronic filing system. All other parties will be served through U.S. mail.

/s/ John P. Pennington
John P. Pennington
